IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  08-cr-00457-MSK-3
08-cr-00458-MSK-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANIKHONE SAIGNAPHONE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

On August 23, 2010, this Court entered an order (Doc. No. 149) stating:

"The Government's Motion to Dismiss the Indictment in its entirety in Case No. 08-cr-00457 and remaining Count in Case No. 08-cr-00458 against this defendant is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

Defendant Manikhone Saignaphone was sentenced in this matter on November 23, 2010.

It is therefore ORDERED that the stay is lifted and the Indictment in Case No. 08-cr-00457 is hereby dismissed in its entirety.

DATED:    December 8, 2010